IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**EMILY GIROUX** **PLAINTIFF**

**v.** **CAUSE NO. 1:26-cv-275 TBM-RPM**

**QUENTIN RICHARD and PASCHALL TRUCK LINES, INC.** **DEFENDANTS**

---

## AGREED ORDER OF DISMISSAL OF CERTAIN COUNTS IN THE PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE

---

THIS CAUSE came on for hearing on Defendant Paschall Truck Lines, Inc.'s (PTL) Motion to Dismiss Certain Counts of Plaintiff's Complaint and the Court, being advised in the premises and further being advised that the plaintiff does not oppose the dismissal of these claims without prejudice finds that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all direct liability claims against PTL are dismissed without prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that the claim for punitive damages against all defendants is dismissed without prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that the plaintiff's negligence claims against Defendant Quentin Richard and the plaintiff's vicarious liability claim against PTL that is derivative of the negligence claim against Richard are unaffected by this order.

SO ORDERED, this the 5th day of November 2026.

Honorable Taylor B. McNeel
United States District Judge

Agreed

Garner J. Wetzel
MS Bar No. 103596
WETZEL LAW FIRM
*Attorney for Plaintiff*

M. Madison Taylor
MS Bar No. 103943
WILKINS PATTERSON
*Attorney for Defendants*